UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADLEY J. HASTY,

        Plaintiff,

    v.

HYATT CORPORATION,

        Defendant.

Case No.  25-cv-02662-RFL

**ORDER GRANTING MOTION TO CONSOLIDATE**

Re: Dkt. No. 18

Plaintiff Bradley Hasty brought this putative class action against Defendant Hyatt Corporation in California state court alleging various state law wage, hour, and labor violations. Hyatt removed the case to federal court.  Hasty now seeks to have the instant case consolidated with a case Hasty has filed against it seeking civil penalties under the Labor Code Private Attorneys General Act ("PAGA"), captioned *Hasty v. Hyatt Corp.*, No. 25-cv-04516-RFL.  (Dkt. No. 18.)  Hasty opposes consolidation.  (Dkt. No. 21.)

Hyatt's motion to consolidate is **GRANTED**.  The motion is not moot, as Hasty's motion to remand in *Hasty v. Hyatt Corp.*, No. 25-cv-04516-RFL has been denied.  Common questions of law and fact exist due to the overlap in the factual allegations underlying both cases.  *See* Fed. R. Civ. P. 42(a); *Investors Research Co. v. U.S. Dist. Ct.*, 877 F.2d 777, 777 (9th Cir. 1989) (district courts have "broad discretion" in ruling on motions to consolidate).  Furthermore, PAGA claims are regularly tried alongside or tethered to Labor Code claims.  *See*, *e.g.*, *Guerrero v Valentino's Rest. Holdings, Inc.*, No. 37-2015-030224, 2017 WL 8217034, at *2 (Cal. Super. Ct. Dec. 22, 2017) (trying Labor Code claims and PAGA claims together).  Hasty does not dispute that the cases share common questions of law and fact, nor does he assert that consolidation would cause delay, confusion, or prejudice.  Instead, Hasty argues that Hyatt's

1

motion to consolidate is procedurally defective because Hyatt did not file a notice of motion in *Hasty v. Hyatt Corp.*, No. 25-cv-04516-RFL. (Dkt. No. 21 at 4.)[1]  However, this procedural defect does not preclude consolidation here, where both cases are proceeding before the undersigned, who is therefore aware of the motion and its proposed effect on the two cases.

Accordingly, *Hasty v. Hyatt Corp.*, No. 25-cv-04516-RFL is consolidated with the instant case for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  All future submissions shall be filed only in *Hasty v. Hyatt Corp.*, No. 25-cv-02662-RFL.  The Clerk of the Court is directed to close *Hasty v. Hyatt Corp.*, No. 25-cv-04516-RFL.  Hasty shall file a consolidated amended complaint by **January 7, 2026**.

**IT IS SO ORDERED.**

Dated: December 8, 2025

RITA F. LIN
United States District Judge

---

[1] All references to page numbers refer to ECF pagination.