UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY J. HASTY,<br><br>        Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION,<br><br>        Defendant. | Case No. 25-cv-02662-RFL<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINES RELATED TO CLASS CERTIFICATION**<br><br>Re: Dkt. No. 31 |

      Before the Court is Plaintiff Bradley Hasty's motion to extend deadlines related to class certification. (Dkt. No. 31.) The motion is **GRANTED**. There is good cause to continue the class certification deadlines due to the need to complete the Belaire-West process, and there was not undue delay in waiting until the pleadings were settled to attempt to compile the class-wide data. However, an extension of 90 days rather than 120 days appears more appropriate in light of Plaintiff's submission. Accordingly, Plaintiff's motion for class certification is due **April 30, 2026**; the opposition and rebuttal expert disclosures in support of class certification are due **June 8, 2026**; and the reply is due **June 29, 2026**. The class certification motion hearing is set for **July 28, 2026**.

      **IT IS SO ORDERED.**

Dated: December 23, 2025

RITA F. LIN
United States District Judge

1