Natalie Haritoonian, Esq. (SBN 324318)
Andrea A. Amaya Silva, Esq. (SBN 348080)
D.LAW, INC.
Address: 250 N Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: (818) 962-6465 / Fax: (818) 962-6469
Emails: N.Haritoonian@d.law, A.Amaya@d.law

Attorneys for Plaintiff BRADLEY J. HASTY,
on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BRADLEY J. HASTY, an individual on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO, a Delaware Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 3:25-cv-02662-RFL <br><br> **DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Class Certification Hearing: <br> Date:   September 15, 2026 <br> Time:  10:00 a.m. <br><br> [Plaintiff's Notice of Motion and Motion for Class Certification, Memorandum of Points and Authorities, Declaration of Plaintiff Bradley J. Hasty, Compendium of Declarations, and [Proposed] Order filed concurrently herewith] <br><br> Honorable Rita F. Lin <br> Courtroom 15, 18th Floor <br><br> Action filed: February 6, 2025 <br> Removal filed: March 19, 2025 <br><br> **Trial date: None Set** |

## <u>DECLARATION OF NATALIE HARITOONIAN</u>

- 1 -

**DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Natalie Haritoonian, declare as follows:

1. I am admitted to practice as an attorney in the State of California and the United States District Courts for the Central, Southern, Eastern, and Northern Districts of California. I am a senior attorney at D.Law, Inc., counsel of record for Plaintiff Bradley J. Hasty on behalf of himself and all others similarly situated. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness. This Declaration is submitted in support of Plaintiff's Motion for Class Certification.

2. D.Law, Inc., is well qualified because of our experience, knowledge, and resources to act as counsel and represent Plaintiff and the class in this action. Our practice is exclusively focused on employment matters, with a substantial percentage devoted to litigating wage, hour, and working-conditions violations on a class-wide basis.

3. I received my Bachelor of Arts in political science from the University of California, Los Angeles, in 2014. I then earned my Juris Doctorate from the University of Southern California, Gould School of Law, in May of 2018. Upon graduating from law school, I have exclusively focused my practice on representing employees including in wage-and-hour class actions.

4. I have been practicing law since 2018. Since 2018, I have focused almost exclusively on representing employees, including in wage-and-hour class actions. During my career I have represented employees in over 150 wage-and-hour class action lawsuits as lead or co-lead counsel (including several in the Central, Southern, Eastern and Northern Districts of California), and I have obtained six and seven figure settlements against a range of defendants, including Fortune 500 companies. These cases have involved the gamut of wage-and-hour claims, including claims for failure to pay minimum wages, unpaid wages and overtime, failure to provide meal and rest breaks, failure to reimburse necessary business expenses, inaccurate pay statements, failure to pay timely wages—similar to claims at issue in the present matter.

5. I am experienced in prosecuting employment matters, particularly class actions. In addition to the present case, I am also class counsel for dozens of other putative wage-and-hour class-action lawsuits pending in various state and federal jurisdictions throughout California.

**DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

6.      My extensive experience in litigating employment wage-and-hour matters has been integral in identifying legal issues, evaluating the strengths and weaknesses of a case, and generally negotiating fair and reasonable class action settlements. Practice in the narrow field of wage and hour litigation requires skill and knowledge concerning the constantly evolving substantive law (state and federal), as well as the procedural law of class action litigation. In this action, I am fully equipped to use the skills and knowledge I have developed through the years of prosecuting and defending wage and hour class actions to fairly and adequately represent the interests of the Class. Therefore, on the account of my resources, experience, and knowledge, I am well qualified to act as class counsel and represent the Plaintiff and the putative class members in this action. Owing to my experience, I am well qualified to evaluate the class claims in this action, to evaluate settlement versus trial, and defenses raised. I have negotiated dozens of class action settlements, including many involving the same issues presented in this case. A selection of cases wherein I have been approved to serve as lead or co lead class counsel includes: *Martinez v. Villa & Sons Enterprises, Inc.,* San Benito County Superior Court, Case No. CU-19-00120 (Hon. J. Omar Rodriguez); *Herrera v. Pomona Quality Foam, LLC*, Los Angeles County Superior Court, Case No. 19STCV38235 (Hon. Ann Jones); *Torres v. Precision Plastics Packaging Co.,* Orange County Superior Court, Case No. 30-2019-01063177-CU-OE-CXC (Hon. Peter Wilson); *Marchbanks v. Torrid Administration, I*nc., et al. San Diego County Superior Court, Case No. 37-2020-00008179-CU-OE-NC (Hon. Blaine K. Bowman); *Becerra v. Tetra Tech, Inc.*, Sonoma County Superior Court, Case No. SCV-265511 (Hon. Patrick Broderick); *Foster v. Deckers Outdoor Corporation,* Santa Barbara County Superior Court, Case No. 20CV03699 (Hon. Donna D. Geck); *Stakely v. Windsor Palms Care Center of Artesia*, Los Angeles Superior Court, Case No. 21STCV10507 (Hon. Carolyn B. Kuhl); *Sosa v. Aurora World, Inc.*, Los Angeles County Superior Court, Case No. 19STCV20182 (Hon. Lawrence R. Riff); *Torres v. Rapid Manufacturing*, Orange County Superior Court, Case No. 30-2019-01089455-CU-OE-CXC (Hon. William D. Claster); *Aleman v. Moonlight Packing Corporation*, Fresno County Superior Court, Case No. 20CECG01196 (Hon. Kristi Culver Kapetan); *Salazar v. Happy FM Group, Inc.*, Los Angeles Superior Court, Case No. 20STCV40294 (Hon. Stuart M.

**DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Rice); *Baldwin v. Patagonia, Inc.*, Los Angeles Superior Court, Case No. 20STCV40245 (Hon. Maren Nelson); *Smith v. NOIA Residential Services, Inc.*, Fresno Superior Court, Case No. 20CECG01820 (Hon. Jeffrey Y. Hamilton); *Alvarado v. Faro Logistics Solutions, Inc.*, San Bernardino Superior Court, Case No. CIVSB2200441 (Hon. Joseph Ortiz); and *Hernandez v. Clark Pacific Corporation,* Yolo Superior Court, Case No. CV-2019-1053 (Hon. Samuel T. McAdam).

7.     D.Law, Inc., is managed by several experienced attorneys and has the resources to represent the interests of the putative class well. Throughout the years, I and other attorneys at D.Law, Inc., have had several contested class cases certified, including *Evans Jr., v. Redhill Towing & Auto Repair, Inc., et al.,* Marin County Superior Court Case No. CIV1205074; *Romero v. Hydraulics International, Inc.*, Los Angeles Superior Court No. 19STCV04463; *Espinoza, et al. v. Phoenix Warehouse of California LLC,* Los Angeles Superior Court No. BC503678; *Santillan v. Verizon Connect, Inc*., USDC-Southern District Case No. 3:21-cv-1257-H-KSC; *Cruz v. Talentscale, LLC*, Riverside County Superior Court Case No.: RIC1821842; *Cruz v. Dignity Health,* Sacramento County Superior Court Case No.: 34-2018-00245506-CU-OE-GDS; *Johnson v. Bakersfield Memorial Hospital*, Kern County Superior Court Case no.: BCV-19-102016-BCB; *Monroy v. Glendale Memorial Hospital and Medical Center,* Los Angeles County Superior Court Case No.: 19STCV14743; (c) *Vasquez v. Kraft Heinz Foods Company et al.,* Southern District of California, Case No. 3:16-cv-2749-WQH-BLM; (d) *Cesar Aguilar-Flores, et al., v. Javier's - CC LLC, et al.,* Los Angeles Superior Court, Case No. 19STCV36438; *Booher v. The Poma Companies,* San Bernardino Superior Court Case No. CIVDS1008438 (order denying class certification reversed by the 4th District Court of Appeal);

8.     I, as well as the firm, D.Law, Inc., are ready and able to commit the resources necessary to litigate this case through final judgment and the resolution of any and all appeals.

9.     I do not believe that I have any conflicts of interest with the Class or with the Class Representative. I am not related to the Class Representative. I have not previously represented Defendant in any matter. I respectfully submit that D.Law, Inc., and I are well suited to act as Class Counsel in this action, and we will continue to vigorously represent the interests

- 4 -

**DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

of the Class.

10. Andrea A. Amaya Silva is an associate attorney at D.Law, Inc. She earned her Bachelor of Arts degree from San Diego State University in Sociology. She obtained her Juris Doctor degree from California Western School of Law. She is presently admitted to practice in all state courts of California and before all federal district courts in California. Since passing the bar in 2022, she has focused primarily on wage-and-hour class action litigation, including Private Attorneys General Act of 2004 ("PAGA") matters. Over the years, she has secured multiple six-figure settlements as recovery for California employees. Currently, she is handling over 25 class and PAGA matters in various courts throughout the State of California.

11. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts of the deposition transcript of Defendant's PMQ, Eileen Caldwell, which I took on May 12, 2026.

12. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Aaron Fried, MBA, FSA.

13. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories, Set One.

14. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant's 2017 Employee Handbook, produced by Defendant in formal discovery, Bates No. Hyatt-Hasty 000750-000799.

15. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant's 2023 Employee Handbook, produced by Defendant in formal discovery, Bates No. Hyatt-Hasty 0032-0087.

16. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's wage statement, produced by Defendant in formal discovery, Bates No. Hyatt-Hasty 0450.

17. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant's Attendance and Punctuality Policy, produced by Defendant in formal discovery, Bates No. Hyatt-Hasty 0004.

18. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories, Set Two.

- 5 -

**DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 15, 2026, in Pasadena, California

_/s/ Natalie Haritoonian_____
Natalie Haritoonian

**DECLARATION OF NATALIE HARITOONIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**