Natalie Haritoonian, Esq. (SBN 324318)
Andrea A. Amaya Silva, Esq. (SBN 348080)
D.LAW, INC.
Address: 250 N Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: (818) 962-6465 / Fax: (818) 962-6469
Emails: N.Haritoonian@d.law, A.Amaya@d.law

Attorneys for Plaintiff BRADLEY J. HASTY,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BRADLEY J. HASTY, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-02662-RFL<br><br>**CLASS ACTION**<br><br>**COMPENDIUM OF CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Class Certification Hearing:<br>Date:  September 15, 2026<br>Time:  10:00 a.m.<br><br>[Declaration of Bradley J. Hasty, Declaration of Natalie Haritoonian, Compendium of Declarations, and [Proposed] Order filed concurrently herewith]<br><br>Honorable Rita F. Lin<br>Courtroom 15, 18th Floor<br><br>Action filed: February 6, 2025<br>Removal filed: March 19, 2025<br><br>Trial date: None Set |

- 1 -

- 2 -

Plaintiff Bradley J. Hasty submits the following the class member declarations in support of his Motion for Class Certification:

| Exhibit No. | Declarant Name |
| --- | --- |
| A. | Adrian Salgado |
| B. | Hassely J. Ortiz |
| C. | Hugo Bullon |
| D. | Karen Law |
| E. | Maria De La L Cisneros Macillas |
| F. | Natalia Marcus |

Dated: June 15, 2026

**D.LAW, INC.**

By: /s/ Natalie Haritoonian
Natalie Haritoonian, Esq.
Andrea A. Amaya Silva, Esq.
Attorneys for Plaintiff, Bradley J. Hasty

COMPENDIUM OF CLASS MEMBER DECLARATIONS IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION